UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR10-102-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | DETENTION ORDER |
| ) | |
| SOLOMON JOSEF QUITO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charge:</u>   Transportation of a Minor with Intent to Engage in Criminal Sexual Activity

<u>Date of Detention Hearing:</u>   June 24, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant has been charged with a specified offense involving a victim under the

DETENTION ORDER
PAGE 1

age of 18. There is therefore a rebuttable presumption as to dangerousness and flight risk, under 18 U.S.C. §3142(e).

2. Defendant is alleged to have traveled to Colorado to take a 13 year old girl across state lines to engage in sexual activity. He is also alleged to have told the victim to lie as to the manner in which she came to this state. The defendant has significant ties to Mexico. The AUSA proffers that the defendant traveled to Mexico when he became aware that law enforcement wanted to talk to him, and allegedly told law enforcement that he would not have returned to the United States if he had known that there was an outstanding warrant for his arrest. Defendant has two prior failures to appear.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose

of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of June, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE 3